# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | | |
|---|---|---|
| **DEBORAH LACKEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:09-cv-363 |
| | ) | |
| **BIOMET INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## OPINION AND ORDER

This matter is before the Court on the *pro se* Plaintiff's Motion for an Extension of Time. (Docket # 29.) The Plaintiff asks that she be granted to February 12, 2011, to file a Reply Brief to the Defendant's Response to her Motion for an Extension of Time to Complete Discovery. (Docket # 26.) The Plaintiff claims, *inter alia*, that she was unable to timely reply because of a hand injury that kept her from typing.

Although the Court accepts the Plaintiff's explanation at face value, it notes that the request for an extension of time is itself typed, which calls into question her claim that she was physically unable to prepare her reply. The Court also notes that, despite her implication otherwise, the Plaintiff was not rushed to file a reply. On January 4, 2011, the Court noted that the Plaintiff had failed to file a reply brief to the Defendant's response and gave her until January 13, 2011, to do so. Thus, on the Court's own motion, Lackey was given more time than Local Rule 7.1 allows. Instead of a reply brief, however, the Plaintiff filed the current motion for an extension of time on January 13, 2011, seeking an additional month for her submission. Although this would seem to be an excessive length of time for a simple reply, the Court will grant the relief sought so the issue can be thoroughly briefed.

Accordingly, the Plaintiff's Motion (Docket # 29) is GRANTED and she is given to and including February 14, 2011 (as February 12, 2011, is a Saturday), to file a Reply Brief. The Court does not, however, anticipate granting any further extensions in this matter.

SO ORDERED.

Enter for January 18, 2011

<u>S/ Roger B. Cosbey</u>
Roger B. Cosbey,
United States Magistrate Judge